1
2
3
4
5

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYBER INFORMATION TECHNOLOGY (CYIT),<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES AIR FORCE<br>(36th Contracting Squadron [FA5240])<br><br>Defendant. | CASE NO. 2:20-cv-00875-RSL<br><br>**ORDER GRANTING UNITED STATES AIR FORCE'S MOTION TO DISMISS** |

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that the defendant's unopposed Motion to Dismiss is GRANTED.

Dated this 19th day of October, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING U.S. AIR FORCE'S
MOTION TO DISMISS
(2:20-cv-00875-RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970